In the Matter of MILDRED R. BOYLAN, an Incompetent Person.

DANIEL J. BOYLAN, Appellant; KATIE C. ROGERS, Respondent.

(Argued May 24, 1933; decided June 13, 1933.)

*Walter A. Fullerton* for appellant.
*John E. Roeser* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.